UNITED STATES DISTRICT COURT

for the WESTERN DISTRICT of WASHINGTON

| | | |
|---|---|---|
| WASHINGTON ENVIRONMENTAL COUNCIL, | ) ) ) | |
| Plaintiff, | ) ) | C06-1249 JPD |
| vs. | ) ) | |
| MOUNT BAKER-SNOQUALMIE NATIONAL FOREST, et al., | ) ) ) | MINUTE ORDER RESETTING DEADLINES |
| Defendant. | | |

The following Minute Order is made at the direction of the Court, the Honorable James P. Donohue, United States Magistrate Judge:

The parties have requested additional time in which to comply with the Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement (dkt. # 4).  The request is GRANTED.

The parties will adhere to the following schedule:

FRCP 26f Conference deadline . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . November 3, 2006

Initial Disclosure deadline . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . November 15, 2006

Joint Status Report due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . November 22, 2006

The date by which the Clerk is to be informed whether the individual parties are consenting to have this matter heard by the Honorable James P. Donohue, United States Magistrate Judge, is extended to November 22, 2006. (See Notice of Initial Assignment to a U.S. Magistrate Judge & Consent Form (dkt # 2).   The parties may indicate in the Joint Status Report their desire to consent to Judge Donohue, or have the case reassigned to a district judge; should

1  the parties decide earlier than November 22, 2006, to consent or decline, deputy clerk Peter H.
2  Voelker may be notified at (206) 370-8422, or by fax at (206) 370-8425. An individual party's
3  decision on consent is not to be filed electronically or forwarded in any form to the chambers of
4  Judge Donohue.

Dated this 25th of September, 2006

Bruce Rifkin, Clerk of Court

/s/ PETER H. VOELKER
Peter H. Voelker, Deputy Clerk