UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

WASHINGTON ENVIRONMENTAL
COUNCIL,

                    Plaintiff,                                    CASE NO. C06-1249-JCC

        v.                                                       MINUTE ORDER

MOUNT BAKER-SNOQUALMIE NATIONAL
FOREST SERVICE; UNITED STATES
FOREST SERVICE,

                    Defendants.

        The following Minute Order is made by direction of the Court, the Honorable John C.

Coughenour, United States District Judge:

        Pursuant to the parties' request (Dkt. No. 27), proceedings in this matter are hereby STAYED for

an additional forty-five (45) days, to and including June 30, 2008, in order to facilitate settlement

negotiations. Since this is the third such request in the last three months, and the parties still do not

appear to be making significant progress, they are directed to appear at a status conference on July 8,

2008 at 9 a.m.

        DATED this 12th day of May, 2008.

                                        BRUCE RIFKIN, Clerk of Court


                                        By   /s/ T. Scott
                                             Deputy Clerk

MINUTE ORDER – 1